# Exhibit A

| Transferee/Creditor | Transferor/Debtor | Date of Transfer | Amount of Transfer | Reason for Payment or Transfer/ Relationship to Debtor |
|---|---|---|---|---|
| The Commercial Traffic Company/CT Logistics 12487 Plaza Drive Cleveland, OH 44130 | Christmas Tree Shops LLC | 2/6/2023 | $73,204.77 | Services |
| The Commercial Traffic Company/CT Logistics 12487 Plaza Drive Cleveland, OH 44130 | Christmas Tree Shops LLC | 2/10/2023 | $40,927.67 | Services |
| The Commercial Traffic Company/CT Logistics 12487 Plaza Drive Cleveland, OH 44130 | Christmas Tree Shops LLC | 2/17/2023 | $48,218.57 | Services |
| The Commercial Traffic Company/CT Logistics 12487 Plaza Drive Cleveland, OH 44130 | Christmas Tree Shops LLC | 2/24/2023 | $29,548.10 | Services |
| The Commercial Traffic Company/CT Logistics 12487 Plaza Drive Cleveland, OH 44130 | Christmas Tree Shops LLC | 3/10/2023 | $50,329.36 | Services |
| The Commercial Traffic Company/CT Logistics 12487 Plaza Drive Cleveland, OH 44130 | Christmas Tree Shops LLC | 3/27/2023 | $83,700.63 | Services |
| The Commercial Traffic Company/CT Logistics 12487 Plaza Drive Cleveland, OH 44130 | Christmas Tree Shops LLC | 4/7/2023 | $45,682.33 | Services |
| | | | **$371,611.43** | |

4927-0987-3988.1 57097.001